MICHAEL J. SHEPARD (Bar No. 91281)
MEGAN DIXON (Bar No. 162895)
JEFFREY A. FINUCANE (Bar No. 244930)
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for Defendant WILLIE BEASLEY

FILED
JAN 0 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIE BEASLEY,<br><br>Defendant. | No. CR 01-00204-01 MMC<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER POSTPONING STATUS**<br>**CONFERENCE DATE** |

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for plaintiff United States of America ("the Government") and defendant Willie Beasley, that the status conference regarding the revocation of the defendant's supervised release, currently scheduled for January 9, 2008 at 9:30 a.m. before this Court, be postponed until February 13, 2008 at 9:30 a.m.

At the request of the parties, the status conference is postponed because the parties are negotiating a plea agreement in conjunction with another matter currently pending before Judge Breyer that would also resolve issues presented in this matter, and require additional time to ensure the plea agreement is thoroughly prepared. The parties, including the defendant, agree and the Court finds and holds as follows:

1. The interests of justice are served by postponing the status conference set for January 9, 2008 until February 13, 2008, so that the parties may continue to negotiate a plea agreement and ensure that it is thoroughly prepared.

Accordingly, the Court orders: the hearing set for January 9, 2008 is postponed until February 13, 2008 at 9:30 a.m.

IT IS SO STIPULATED.

DATED: January 7, 2008

/s/
MEGAN DIXON
Attorney for Defendant

DATED: January 7, 2008

/s/
ANDREW P. CAPUTO
Assistant United States Attorney

IT IS SO ORDERED with the exception that the time of the hearing is 2:30 p.m.

DATED: JAN 0 8 2008

HON. MAXINE M. CHESNEY
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

v.

BEASLEY,

        Defendant.
_____/

Case Number: CR01-00204 MMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 8, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Megan Dixon
Heller Ehrman LLP
333 Bush St.
San Francisco, CA 94104

Andrew P. Caputo
U.S. Attorney's Office
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102

Octavio Magana
U.S. Probation Officer
450 Golden Gate Avenue
San Francisco, CA 94102

Dated: January 8, 2008

                                 Richard W. Wieking, Clerk

                                 *Tracy Lucero*

                                 By: Tracy Lucero, Deputy Clerk